# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 10-212-2

JOSEPH MIDDLETON

FILED SEP 12 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 12th day of September, 2011, upon consideration of the Government's Motion to Dismiss Superseding Second Indictment as to defendant Joseph Middleton only,

it is hereby

## ORDERED

that Second Superseding Indictment No. 10-212-2 is dismissed as to defendant Joseph Middleton.

BY THE COURT:

_____
HONORABLE CYNTHIA M. RUFE
*Judge, United States District Court*

cc
SH